No. 84–1746. K N ENERGY, INC. v. GREAT WESTERN SUGAR Co. Sup. Ct. Colo. Motion of Interstate Natural Gas Association of America for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 84–6634. STOUT v. OKLAHOMA. Ct. Crim. App. Okla.; No. 84–6636. ROSS v. GEORGIA. Sup. Ct. Ga.; and No. 84–6727. CELESTINE v. BLACKBURN, WARDEN. C. A. 5th Cir. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 84–1394. MATCHETT v. CHICAGO BAR ASSN. ET AL., 471 U. S. 1054; No. 84–5343. HUX v. MURPHY, WARDEN, ET AL., 471 U. S. 1103; and No. 84–6496. IN RE HUNTER, 471 U. S. 1098. Petitions for rehearing denied.

JUNE 19, 1985

No. 84–1691. PRITCHARD-KEANG NAM CORP. ET AL. v. JAWORSKI ET AL. C. A. 8th Cir. Certiorari dismissed under this Court's Rule 53.

No. 84–1820. CATALDO v. EVERETT. App. Term., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari dismissed under this Court's Rule 53.